Steven C. Jenkins v. Ruth Russell and Conrad Bredleau

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-214-CV

STEVEN C. JENKINS APPELLANT

V.

RUTH RUSSELL AND APPELLEES

CONRAD BREDLEAU

------------

FROM THE 67
TH
 DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Appellant Steven C. Jenkins filed a timely notice of appeal indicating that he wished to appeal from a contempt judgment.  We sent Appellant a letter stating our concern that we lack jurisdiction over this appeal because contempt judgments are usually not appealable.
(footnote: 2)  We requested that Appellant respond to the question of whether an appeal is proper in his case.  He has not done so.  The contempt judgment is not appealable.
(footnote: 3)  We therefore dismiss this appeal for want of jurisdiction.
(footnote: 4)

PER CURIAM

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED:  October 16, 2003 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.

2:
See In re Long
, 984 S.W.2d 623, 625 (Tex. 1999) (orig. proceeding); 
Cadle Co. v. Lobingier
, 50 S.W.3d 662, 671 (Tex. App.—Fort Worth 2001, pet. denied); 
Ex parte Casillas
, 25 S.W.3d 296, 297 n.1 (Tex. App.—San Antonio 2000, orig. proceeding).

3:
See Long
, 984 S.W.2d at 625; 
Cadle Co.
, 50 S.W.3d at 671; 
Casillas
, 25 S.W.3d at 297 n.1.

4:
See 
Tex. R. App. P.
 42.3(a), 43.2(f).